Kamer Zucker Abbott
Edwin A. Keller, Jr.   #6013
Kaitlin H. Ziegler   #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
ekeller@kzalaw.com
kziegler@kzalaw.com

Attorneys for Diamond Concrete
Cutting, LLC and Thomas Ruetten

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARLA MCCULLOCH;<br><br>                Plaintiff,<br><br>vs.<br><br>DIAMOND CONCRETE CUTTING, L.L.C.<br>d/b/a DIAMOND CONCRETE CUTTING;<br>THOMAS RUETTEN, an individual;<br>EMPLOYEE(S)/AGENT(S) DOES 1-10; and<br>ROE CORPORATIONS 11-20, inclusive;<br><br>                Defendants. | Case No.: 2:14-cv-01890-RFB-CWH<br><br>**STIPULATION TO DISMISS**<br>***WITH PREJUDICE*** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear her/his/its own attorney's fees and costs, except as otherwise may be agreed.

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, and each party to bear her/his/its own costs and attorney's fees, except as otherwise may be agreed.

DATED: December  /  , 2014
GABROY LAW OFFICES

By: /s/ _____
Christian Gabroy       #8805
The District at Green Valley Ranch
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel: (702) 259-7777
Fax: (702) 259- 259-7704

Attorney for Plaintiff
Karla McCulloch

DATED: December  /  , 2014
KAMER ZUCKER ABBOTT

By: /s/ _____
Edwin A. Keller, Jr.       #6013
Kaitlin H. Ziegler       #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Diamond Concrete
Cutting, LLC and Thomas Ruetten

## ORDER

IT IS SO ORDERED.

DATED this 10th day of December, 2014.

_____
RICHARD F. BOULWARE, II
United States District Judge